UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SAMUEL JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FREITAS, et al.,<br><br>    Defendants. | Case No. 19-cv-05466-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding *pro se* and currently incarcerated at East Arkansas Regional Unit, in Marianna, Arkansas, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On September 30, 2020, the Court referred the matter for settlement proceedings before Magistrate Judge Robert Illman. ECF No. 37. On January 20, 2021, Judge Illman reported that the matter had settled. ECF No. 39. On May 18, 2021, the Court received a copy of a "Stipulation Re Dismissal," stating: "It is hereby stipulated by the parties hereto, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each party to bear its/his/hers own attorneys' fees and costs." ECF No. 57. The stipulation is signed by both Plaintiff and counsel for Defendants. ECF No. 57. Accordingly, IT IS HEREBY ORDERED THAT this entire action, and all Defendants, are DISMISSED WITH PREJUDICE.

The Clerk shall send a copy of this order to Judge Illman.

**IT IS SO ORDERED.**

Dated: May 24, 2021

_____
JON S. TIGAR
United States District Judge