UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SAMUEL JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREITAS, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-05466-JST<br><br>**ORDER GRANTING REQUEST FOR CLARIFICATION**<br><br>Re: ECF No. 59 |

　　　Plaintiff filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. On May 18, 2021, the Court received a copy of a stipulation of dismissal executed by Plaintiff on April 2, 2021, and by Defendants on April 8, 2021. ECF No. 57. On May 24, 2021, the Court dismissed this action and all Defendants with prejudice, pursuant to the May 18, 2021 joint stipulation. ECF No. 58. This case is closed.

　　　After the dismissal of this case, Plaintiff filed a pleading in this closed case titled, "Motion Seeking Understanding," ECF No. 59, which the Court construes as a request for clarification. Plaintiff states that he seeks to understand "what is going on," and states that he is uncertain as to whether Defendants' request to extend the stay of these proceedings to May 31, 2021 has been granted, and as to why, as of May 12, 2021, he has not received his settlement check. ECF No. 59. Plaintiff's request for clarification is GRANTED. With respect to Plaintiff's request for a status update, Plaintiff is informed that the Court dismissed this action, and all defendants, with prejudice on May 24, 2021, pursuant to the joint stipulation filed on May 18, 2021. The case was therefore closed on May 24, 2021. The Court had granted Defendants' request to extend the stay on these proceedings to May 31, 2021, ECF No. 56, but that stay is now moot, given that the case is now closed. With respect to the status of Plaintiff's settlement check, Plaintiff should contact

1  Defendants regarding this issue.  The Court is not involved in the distribution of settlement
2  checks.
3  This order terminates ECF No. 59.  This case remains closed.
4  **IT IS SO ORDERED.**
5  Dated:  January 3, 2022



JON S. TIGAR
United States District Judge